IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTOINE WALKER, : CIVIL ACTION No: 17-2371
    Plaintiff, :
v. :
C/O STUDLACK, :
    Defendant. :

FILED SCRANTON
DEC 21 2017
PER ___ DEPUTY CLERK

## CIVIL COMPLAINT

To The Honorable Court:

And Now, This Eighteenth , day in the month of December , in the year of Two thousand, and seventeen, comes the Plaintiff, Antoine Walker, bringing this civil claim pursuant to 42 U.S.C. 1983. against the above noted defendant C/O studlack. Who is an employee of the Department of Corrections, employed as a Correctional officer @ The State Correctional Institution — Coal Township 1 Kelley Drive , Coal Township, Pa 17866-1021.

Plaintiff, Antoine Walker claims that Defendant C/O studlack violated his Eigth Amendment Constitutional Right to be free from Cruel, and Unusual punishment, when he (Defendant) used Excessive Force against the Plaintiff, Subjecting Plaintiff to pain, and suffering, in September of 2017 while he (Plaintiff) was an

1

inmate at the State Correctional Institution — Coal Township, 1 Kelley Drive _____, Coal Township, Pa 17866. Today Plaintiff Antoine Walker # KG-7791 ___, is an inmate residing at the State Correctional Institution — Frackville, 1111 Altamont Boulevard, Frackville, Pa 17931-2601.

Jurisdiction:

1.) Plaintiff Antoine Walker, brings this action under 42 U.S.C. 1983, and 28 U.S.C. 2201, 2202 to redress the deprivations, under state Law, of his Rights secured by the Eigth, and Fourteenth Amendments. of the United States Constitution.

2.) Jurisdiction in this court derives from 28 U.S.C. 1331. and 1343.

3.) Venue is proper in the United States District Court for the middle District of Pennsylvania Under 28 U.S.C. 1391(b).

Parties Involved:

4.) Plaintiff, Antoine Walker is a state Inmate currently Incarcerated at the State Correctional Institution — Frackville, 1111 Altamont Boulevard, Frackville, Pa 17931-2601.

5.) Defendant Studlack was a Correctional Officer at the State Correctional Institution at Coal Township 1 Kelley Drive _____, Coal Township, Pa 17866-1021 ___, at the time the relevant incidents discussed

2

herein this civil complaint. In which he is being sued in his individual capacity.

Facts:

6.) Plaintiff, Antoine Walker was incarcerated at the State Correctional Institution — Coal Township, <u>1 Kelley Drive</u>. Coaltownship, Pa <u>17866-1021</u>, in September of 2017.

7.) On September 22nd, 2017, Plaintiff (Antoine Walker) filed a Grievance, and PREA Complaint while housed at SCI-Coal Township, against the defendant (C/o Studlack), in an attempt to exhaust remedies for Studlack threatening him ▉▉▉ with "Bodily Harm" and Verbal Assault/Harrassment in which he, (C/o Studlack), called him, (Plaintiff), derogatory names in relation to his sexuality.

8.) On September 26, 2017 at approximately 9:35 a.m., Plaintiff (Antoine Walker was returning from medical sick call when defendant (C/o Studlack) started yelling at him saying, ▉▉▉▉▉: "Come here Walker! Get your ass over here!"

9.) When Plaintiff (Antoine Walker), approached Defendant (C/o Studlack), the Defendant (C/o Studlack) said, ▉▉▉▉: "Did you think that PREA Complaint would keep me from touching you?" ▉▉▉ Plaintiff remained silent not knowing what to say, as defendant (C/o Studlack) continued to

3

taunt him.

10.) Defendant (Studlack) then reached out his right hand, touching the Plaintiff (Antoine Walker) in the crotch. Plaintiff Walker pushed his hand away. At which time the Defendant (C/O Studlack) punched Plaintiff in his right eye with his left fist, causing pain.

11.) Plaintiff, Walker, attempted to distance himself from the Defendant (C/O Studlack). But C/O Studlack proceeded to strike him (Antoine Walker), causing further pain and suffering, at which time Plaintiff (Antoine Walker) then retreated to get away from Defendant (C/O Studlack), after falling to the ground.

12.) Plaintiff, (Antoine Walker) was then stopped by C/O Jones who ordered him to "cuff up." C/O Jones had his O.C. spray at the ready but did not discharge it.

13.) Plaintiff (Antoine Walker) stated " I will cuff up. But please keep C/O Studlack away from me." Plaintiff was not being aggressive in anyway.

14.) The Defendant C/O Studlack then charged at the Plaintiff, before he could comply with C/O Jones order, and sprayed him with O.C. spray.

15.) At which time Plaintiff (Antoine Walker) felt a burning sensation on his face, followed by burning in his eyes, and loss of vision in his left eye, along with loss of breathe, at which

4

time Plaintiff (Antoine Walker) again attempted to distance himself from defendant (C/o Studlack) in an attempt to avoid further assault from defendant (C/o Studlack).

16.) At which time Defendant C/o Studlack sprayed plaintiff Antoine Walker once again, At which time he (plaintiff) was then restrained by numerous staff members, and placed on the ground.

17.) Defendant (C/o Studlack) placed handcuffs on Plaintiff Walker excessively tight. ▬▬▬ Plaintiff asked that the cuff's be loosened for they were hurting his wrist. Defendant Studlack refused, but instead proceeded to shock plaintiff on both wrists causing further pain/suffering, though plaintiff was not resisting, and stated loudly that he wasn't resisting.

18.) Defendant (C/o Studlack) began twisting plaintiff's (Antoine Walker's) thumb, pinkie, and index finger on his right hand in an extremely painful manner. Plaintiff Walker was still on the ground, and not resisting.

19.) Plaintiff Walker was then escorted to medical due to his injuries, and due to the fact that the O.C. triggered Plaintiff's asthma, causing him (plaintiff) not to be able to breath (further pain, and suffering). Nurse Kayla took pictures of plaintiffs face and refused to further document his injuries because plaintiff couldnt breath, or talk at the moment ▬▬▬.

20.) Plaintiff Antoine Walker was emergency transferred

on September 26, 2017 out of SCI-CoalTownship, and into SCI-Frackville where his injuries were further documented, and more photo's were taken by nurse Wilson.

21.) Plaintiff, Antoine Walker, suffered much pain, and injury, in which he was subject to the pain of a bruised cheekbone, swollen eye, migraine headaches, and minor burn/scabs to the wrist area. Plaintiff also still lacks any feeling in part of his right hand, and forearm. His pinkie, and thumb, permanently bent slightly. Not to mention the pain and suffering he was forced to endure during the physical assault by Defendant (C/o Studlack).

22.) Plaintiff, Walker, has too had to pay medical bills on several occasions to get further treatment of his injuries caused by Defendant C/o Studlack.

23.) Plaintiff, Walker has exhausted all available administrative remedies through the Inmate Grievance Process. In which he recieved no relief.

Cause of Action:

24.) Plaintiff (Antoine Walker) incorporates paragraphs 1-23, as if fully set forth in this paragraph.

25.) The utilization of excessive force by Defendant C/o Studlack in a malicious, and sadistic manner to cause bodily harm, injury, and pain and suffering to the Plaintiff Antoine Walker. without justification, constitutes cruel and unusual punishment

under the Eigth Amendment of the United States Constitution.

### Relief Sought:

1.) Plaintiff Antoine Walker seeks compensatory, and punitive damages in the Amount of $288,000.00 From Defendant c/o Studlack for the above noted injuries.

2.) Declaratory relief that the Defendant c/o Studlack Violated plaintiff Walker's Constitutional Rights.

3.) Attorney's Fees and Court costs.

4.) Any other relief the court deems necessary.

### "Declaration of Truth"

Plaintiff, Antoine Walker, Swears under oath of perjury that the above is all true and correct to the best of my personal knowledge in accordance with 42 Pa. Code.

Antoine Walker # KG-7791
SCI-Frackville
1111 Altamont Boulevard
Frackville, Pa 17931-2601
/s/ *Antoine D. Walker*, 12-18-17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTOINE WALKER                  :       NO.
                                :
        V.    Plaintiff,        :
                                :
                                :
C/O STUDLACK                    :
                                :
        Defendant.              :

## CERTIFICATE OF SERVICE

I Antoine Walker, certify that on this 18th day of December, 20 17, that I mailed a copy of my Civil Complaint to the following listed below via institutional mail service 28 U.S.C SECTION 1746:

To: U.S. District Courthouse (JUDGE)
    235 N. Washington Ave.
    P.O. Box #1148
    Scranton, PA 18501

    U.S. District Courthouse (CLERK OF COURT)
    235 N. Washington Ave.
    P.O. Box #1148
    Scranton, PA 18501

    C/O Studlack (DEFENDANT)(*sent to clerk of courts)
    SCI-Coal Township
    1 Kelley Drive
    Coal Township, PA 17866-1021

                                Antoine Walker, Pro Se 12-18-17

JS 44 (Rev. 12/12)                            **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Walker, Antoine, D.

**DEFENDANTS** Pa. D.O.C, C/O Studlack employee

(b) County of Residence of First Listed Plaintiff **Schuylkill**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Antoine Walker, Filing Pro Se

Attorneys *(If Known)*
Unknown Attorney

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☒ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury; ☐ 362 Personal Injury - Medical Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 690 Other | ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157 | ☐ 375 False Claims Act; ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 850 Securities/Commodities/Exchange; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 893 Environmental Matters; ☐ 895 Freedom of Information Act; ☐ 896 Arbitration; ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision; ☐ 950 Constitutionality of State Statutes |
| ☐ 120 Marine | | | | |
| ☐ 130 Miller Act | | | **PROPERTY RIGHTS** — ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark | |
| ☐ 140 Negotiable Instrument | | | | |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | | |
| ☐ 151 Medicare Act | | | | |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | | **PERSONAL INJURY** — ☐ 365 Personal Injury - Product Liability; ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability; ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** — ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Management Relations; ☐ 740 Railway Labor Act; ☐ 751 Family and Medical Leave Act; ☐ 790 Other Labor Litigation; ☐ 791 Employee Retirement Income Security Act | **SOCIAL SECURITY** — ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g)) |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | | | |
| ☐ 160 Stockholders' Suits | | | | |
| ☐ 190 Other Contract | | | | |
| ☐ 195 Contract Product Liability | | **PERSONAL PROPERTY** — ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability | | |
| ☐ 196 Franchise | | | | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: ☐ 463 Alien Detainee; ☐ 510 Motions to Vacate Sentence; ☐ 530 General; ☐ 535 Death Penalty; Other: ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition; ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 220 Foreclosure | ☐ 441 Voting | | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | | **IMMIGRATION** — ☐ 462 Naturalization Application; ☐ 465 Other Immigration Actions | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | | | |
| | ☐ 448 Education | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **42 U.S.C. 1983**
Brief description of cause: **Excessive force used without justification**

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ **288,000**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE **December 18th, 2017**
SIGNATURE OF ATTORNEY OF RECORD **Antoine Walker, Pro Se**

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

To: Clerk of Court
235 N. Washington Ave.
P.O. Box # 1148
Scranton, PA 18501

December 18th, 2017

From: Antoine Walker, KG-7791
1111 Altamont Blvd.
Frackville, PA 17931

To Clerk of Court,

I have submitted a civil complaint, 1983.
4 copies of the complaint are enclosed. 7 page complaint.
Each copy of the complaint is labeled for each person involved. I.E., Judge, Clerk of Court, Defendant, & a copy to be returned to me, the plaintiff, after assigned a civil action number.

I have also sent the clerk a personal copy of my account statements from 8-25-17 to 11-22-17. Until I can get a certified copy of the past 6 months. I need the clerk to send me a Prisoner Authorization form of some type of letter/document to show to the inmate account office here at my facility so I can send the courts a certified, signed, copy of my account statements for the last 6 months.

Thank you for your time and please send me something to show why I need certified copies of my account statements, to the account office here.

Respectfully Submitted,
Antoine Walker

Antoine Walker
KG-7791
1111 Altamont Blvd.
Frackville, PA 17931

RECEIVED
SCRANTON

DEC 21 2017

PER_____ DEPUTY CLERK

OFFICE of the CLERK

U.S. District Court
for the
Middle District of Penn

235 North Was

P.O. Box # 1148

Scranton, Pa 1850

Antoine Walker
KG-7791
1111 Altamont Blvd.
Frackville, PA 17931

INMATE MAIL
PA DEPT OF
CORRECTIONS

OFFICE of the CLERK
U.S. District Court
for the
Middle District of Pennsylvania
235 North Washington Ave.
P.O. Box #1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON
DEC 21 2017
PER_____
DEPUTY CLERK

USMS X-RAY