IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTOINE WALKER, | : | Civil No. 1:17-CV-2371 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Carlson) |
| C.O. STUDLACK, | : | |
| Defendant. | : | |

## SPECIAL VERDICT FORM

1. Did Plaintiff prove by a preponderance of the evidence that excessive force was intentionally and maliciously used against Plaintiff Walker, by Defendant Studlack?

    Answer: _____ YES __X__ NO

    If you answered "Yes," to any of the above, proceed to the next question.

    If you answered "No", stop, have your foreperson sign the verdict form on the last page of the form and return your verdict.

1

2. Did Plaintiff prove by a preponderance of the evidence that the Defendant's use of excessive force caused an injury to the plaintiff?

Answer: _____ YES _____ NO

IF YOU ANSWERED "YES" TO PART 2, PROCEED TO PART (3)(A) AND SKIP PART (3)(B).

IF YOU ANSWERED "NO" TO PART 2, SKIP PART (3)(A) AND PROCEED TO PART (3)(B).

(3)(A)    Please state the amount that will fairly compensate Antoine Walker for any injury he actually sustained as a result of Ralph Studlack's conduct.

Answer: $_____ (Fill in a dollar amount)


(3)(B)    Because we answered "No" to Part 2, Antoine Walker is awarded a nominal damages of: $1.00.

Please proceed to Question 4.

4. Did the plaintiff prove by a preponderance of the evidence that the defendant acted maliciously or wantonly?

   Answer: _____ YES _____ NO

   If you answered "Yes" proceed to the next question.

   If you answered "No", stop, have your foreperson sign the verdict form on the last page and return your verdict.

4

5.  What amount of punitive damages, if any, do you award to the Plaintiff?

    Answer:          $_____

    ████████████████████████████
    FOREPERSON

    Date: 2-24-2022

5