IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTOINE WALKER,
         Plaintiff,

V.

RALPH STUDLACK,
         Defendant.

Civil Action No: 1:17-CV-2371

JUDGE: Martin C. Carlson

FILED
HARRISBURG, PA
MAR 03 2022
PER  as
DEPUTY CLERK

NOTICE OF APPEAL

TO this honorable court:

Notice is hereby given that Plaintiff, Antoine Walker, in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from the FINAL JUDGEMENT entered in this action on Feb. 24th, 2022. Pursuant to Title 28 U.S.C.

February 28, 2022

/s/Antoine Walker,
Antoine Walker, Plaintiff

(1)

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINE WALKER, Plaintiff | Civil Action: 1:17-CV-2371 |
| V. | Hon. Martin C. Carlson |
| RALPH STUDLACK, Defendant | |

## PROOF OF SERVICE

I, Antoine Walker, certify that on this 28th day of February, 2022 that I mailed my copy of NOTICE OF APPEAL to:

U.S. District Court
CLERK OF COURT
228 Walnut St.
P.O. Box #983
Harrisburg, PA 17108-0983

/s/ Antoine Walker
Antoine Walker



Smart Communications/PADOC

SCI- CAMPHILL

Name Antoine Walker

Number KG-7791

PO Box 33028

St Petersburg FL 33733

**RECEIVED**
HARRISBURG, PA

MAR 03 2022

PER _____
DEPUTY CLERK

INMATE MAIL



U.S. District Court
CLERK of court (office of the clerk)
~~P.o. Box #983~~
P.O. Box #983
228 walnut street
Harrisburg, PA 17108